FILED MAILROOM
FEB 9 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Herbert William Jones, Jr.  )
    Plaintiff  )
                                                                                   )
V.  )
                                              )  1:22cv1284 (CMH/IDD)
Ronald Hite, et al.,  )
    Defendant  )

## MOTION TO AMEND COMPLAINT

Acting pro se, Virginia state prison Herbert Jones ("plaintiff") hereby request to incorporate "ground #5" into his pending civil rights action, as an addition to his defamation claims.

Respectfully,

Herbert Jones

2/5/23