Herbert William Jones, Jr.
    Plaintiff,   )   Caption: Jones, Jr. v. Hite et al

v.   )   1:22cv01284 (CMH/IDD)

   )

Ronald Hite, et al.,   )
    Defendants.   )

FILED MAILROOM MAR 20 2023 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## MOTION TO AMEND COMPLAINT

The plaintiff, Herbert W. Jones, Jr., pro se, moves this Court to amend his pending civil complaint; by asking that exibit 3A (warrant affidavit) be attached to his civil complaint as evidence in support of his allegations, against defendants.